# CERTIFICATE OF SERVICE

I, <u>Gini L. Downing</u> (name), certify that service of this summons and a copy of the complaint was made <u>February 4, 2022</u> (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

| | | |
|---|---|---|
| Amgen USA Inc.<br>Landau Law LLP<br>1880 Century Park East, Suite 1101<br>Los Angeles, CA 90067 | Amgen, Incorporated<br>Attn: Jonathan Graham, EVP, GC<br>& Secretary<br>1840 Dehavilland<br>Thousand Oaks, CA 91320 | Amgen, Inc.<br>Attn: Andrew Seidl<br>1840 Dehavilland<br>Thousand Oaks, CA 91320 |
| Rodger Landau, Esq.<br>Landau Law LLP<br>1880 Century Park East, Suite 1101<br>Los Angeles, CA 90067 | | |

☒ Certified Mail Service: By sending the process by certified mail addressed to the following entities/officers/registered agents of the defendant at:

| | | |
|---|---|---|
| Amgen Inc.<br>Attn: Jonathan Graham, Executive VP,<br>General Counsel & Secretary<br>One Amgen Center Drive<br>Thousand Oaks, CA 91320 | Amgen USA Inc.<br>c/o Amgen Inc.<br>One Amgen Center Drive<br>Thousand Oaks, CA 91320 | Corporation Service Company,<br>R/A for Amgen, Inc.<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| Corporation Service Company,<br>R/A for Amgen USA Inc.<br>251 Little Falls Drive<br>Wilmington, DE 19808 | | |

I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date <u>February 4, 2022</u>   Signature  */s/ Gini L. Downing*

Print Name:  <u>Gini L. Downing</u>
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd.
13th Floor
Business Address:  <u>Los Angeles, CA 90067</u>



## Return Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Corporation Service Company,
R/A for Amgen USA Inc.
251 Little Falls Drive
Wilmington, DE 19808

9590 9402 3367 7227 2947 32

2. Article Number (Transfer from service label)

7017 2400 0000 3936 9795

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Paul Sisofo

☐ Agent
☐ Addressee

B. Received by (Printed Name): Paul Sisofo

C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type:
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

## Return Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Amgen USA Inc.
c/o Amgen Inc.
One Amgen Center Drive
Thousand Oaks, CA 91320

9590 9402 3367 7227 2949 16

2. Article Number (Transfer from service label)

7017 2400 0000 3936 7432

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X M East

☒ Agent
☐ Addressee

B. Received by (Printed Name): M East

C. Date of Delivery: 2/7/22

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type:
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt